# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGEL MUNIZ,

    Plaintiff,

v.

PRICE, et al.,

    Defendants.

No. 3:10-CV-345

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this 3rd day of March, 2011, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 49) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 49) is **ADOPTED**.

(2) Defendant's Motion for Summary Judgment (Doc. 26) is **GRANTED**.

(3) The Clerk of Court is ordered to mark this matter as **CLOSED**.

 

A. Richard Caputo
United States District Judge